UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EFREN RAMIN and VICTORIA RAMIN, individuals, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTRYWIDE BANK, N.A., et al.,<br><br>Defendants. | Case No:  C 12-2303 SBA<br><br>**ORDER** |

On May 8, 2012, Plaintiffs commenced the instant action against Defendants.  Dkt. 1.  Under Rule 4(m) of the Federal Rules of Civil Procedure, "[i]f a defendant is not served within 120 days after the complaint is filed, the court . . . must dismiss the action without prejudice against that defendant or order that service be made within a specified time."  On September 13, 2012, the Court warned Plaintiffs that this case will be dismissed if they fail to effect service on the Defendants within 60 days.  Dkt. 14.  To date, Plaintiffs have not served any Defendant.

Accordingly,

IT IS HEREBY ORDERED THAT:

1. This action is DISMISSED without prejudice.

2. The Clerk shall close the file.

IT IS SO ORDERED.

Dated:  6/6/13

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge